IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MELVIN CASTELLANOS,<br><br>Defendant. | CIVIL ACTION FILE NO.<br>1:21-CR-348-TWT |

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 58] of the Magistrate Judge recommending denying the Defendant's Motions to Suppress [Doc. 29, 30, 34 & 54]. The Magistrate Judge did not impermissibly consider the charge conduct in defining the Defendant's reasonable expectation of privacy. The Defendant had no reasonable expectation of privacy while traveling on a public highway. *See United States v. Knotts*, 460 U.S. 276 (1983). The Magistrate Judge correctly determined that exigent circumstances including the Defendant's intent to flee the country with his daughter justified the immediate collection of CSLI without a warrant. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's

Motions to Suppress [Doc. 29, 30, 34 & 54] are DENIED.

SO ORDERED, this __10th__ day of March, 2023.

*[signature: Thomas W. Thrash]*
THOMAS W. THRASH, JR.
United States District Judge